

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00514-CV

**SELECT BUILDING SYSTEMS, INC.** and Tri-Bar Ranch Company, Ltd.,
Appellants

v.

**ROBERTSON ELECTRIC, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 13-212
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

A filing fee of $195.00 was due when Select Building Systems, Inc. filed its notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013)**]**. The clerk of the court notified appellant of this deficiency in a letter dated August 19, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant Select Building Systems, Inc. to pay the filing fee by **October 5, 2015** or to show that it is excused by statute or the Texas Rules of Appellate Procedure from paying the fee. If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.



_____
Keith E. Hottle
Clerk of Court